IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

 Plaintiff,

v.               No. 23-cv-1052

QUESTA INDEPENDENT SCHOOL DISTRICT,
LORI PASSINO, JOHN ROE 1, and JOHN ROE 2,

 Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1343, 1367, 1441 and 1446, Defendant Questa Independent School District gives Notice of Removal to this Court of the civil action filed in the Eighth Judicial District Court for the State of New Mexico, County of Taos captioned: *John Doe v. Questa Independent School District; Lori Passino, John Roe 1, and John Roe 2;* Cause No. D-820-CV-2023-00218 (the "State Court Action"), and as grounds therefore, states:

1. On June 27, 2023, Plaintiff filed a civil complaint (the "Complaint") in the Eighth Judicial District Court for the County of Taos in the State of New Mexico in Cause No. D-820-CV-2023-00218 against the Defendants. A copy of the Complaint is attached as **Exhibit A.**

2. On October 13, 2023, summons was issued to Defendant Questa Independent School District. A copy is attached as **Exhibit B.**

3. On October 24, 2023, a copy of the summons and Complaint were served on Defendant Questa Independent School District.

4. All Defendants consent to the removal of this action and, therefore, there is unanimity among all Defendants in consenting to this removal. In addition, Plaintiff has no

objection to this removal via telephonic confirmation on November 22, 2023. *See,* Notice of Consent to Removal for the non-removing Defendant, attached as **Exhibit C.**

5.      This Notice of Removal is timely under 28 U.S.C. § 1446(b).

6.      Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Eighth Judicial District Court, County of Taos, State of New Mexico.

7.      28 U.S.C. § 1441(a) permits removal by a defendant of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction …". Federal question jurisdiction exists in this matter pursuant to 28 U.S.C. § 1331 because: (1) Plaintiff asserts in Count III of his Complaint that Defendant Questa Independent School District violated Plaintiff's rights protected by the Fourteenth Amendment (**Exhibit A, ¶¶82-91**).

8.      Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, and 28 U.S.C. § 1331.

9.      This Court has supplemented jurisdiction pursuant to 28 U.S.C. § 1367 over the state law claims asserted in the Complaint since said claims are so related to the federal law claims that they form part of the same case and controversy under Article III of the United States Constitution.

10.     Removing Defendant attaches a copy of the www.nmcourts.gov court docket as of November 22, 2023. *See*, **Exhibit D.**

11.     Pursuant to D.N.M. LR-Civ.81.1(a), a certified copy of the State Court file is attached as **Exhibit E.**

WHEREFORE, the removing Defendant respectfully requests this Court to remove this action from the Eighth Judicial District Court, County of Taos, State of New Mexico to the United States District Court for the District of New Mexico.

Respectfully submitted:

**WALZ AND ASSOCIATES, P.C.**

*/s/ Jerry A. Walz*
JERRY A. WALZ
ALISHA L. WALZ
*Attorneys for Defendant Questa Independent*
*School District*
133 Eubank Blvd. NE
Albuquerque, NM 87123
Phone: (505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served to the following counsel of record via email this 24th day of November 2023:

Paul Linnenburger, Esq.
Lane + Linnenburger +Lane LLP
P.O. Box 6622
Albuquerque, New Mexico 87197
Ph:  (505) 226-7979
paul@attorneyslane.com

*/s/ Jerry A. Walz*
JERRY A. WALZ, ESQ.