# John Doe

## v.

## Questa Independent School District, et. al.

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-820-CV-202300218 | Chavez, Emilio J. | 06/27/2023 | TAOS  District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | QUESTA INDEPENDENT SCHOOL DISTRICT |
| D | Defendant | 2 | PASSINO LORI |
| D | Defendant | 3 | ROE 1 JOHN |
| D | Defendant | 4 | ROE 2 JOHN |
| P | Plaintiff | 1 | DOE JOHN |

ATTORNEY: LINNENBURGER PAUL M.

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/27/2023 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DOE JOHN | P | 1 |
| QUESTA INDEPENDENT SCHOOL DISTRICT | D | 1 |
| PASSINO LORI | D | 2 |
| ROE 1 JOHN | D | 3 |
| ROE 2 JOHN | D | 4 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/27/2023 | 2 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DOE JOHN | P | 1 |
| ROE 1 JOHN | D | 3 |
| ROE 2 JOHN | D | 4 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/27/2023 | 3 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DOE JOHN | P | 1 |
| QUESTA INDEPENDENT SCHOOL DISTRICT | D | 1 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/27/2023 | 4 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DOE JOHN | P | 1 |
| QUESTA INDEPENDENT SCHOOL DISTRICT | D | 1 |

EXHIBIT D

**D-820-CV-202300218 - Wednesday, November 22, 2023**

| | | | | |
|---|---|---|---|---|
| ROE 1 JOHN | | D | | 3 |
| ROE 2 JOHN | | D | | 4 |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/27/2023 | 5 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DOE JOHN | P | 1 |
| PASSINO LORI | D | 2 |

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 10/13/2023 | | | | | |
| 06/27/2023 | JURY DEMAND 6 PERSON<br>Jury Demand | | P | 1 | |
| 06/27/2023 | OPN: COMPLAINT<br>Complaint for Violations of Civil Rights, Negligence and Other Tortious Conduct | | P | 1 | |

## JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 06/27/2023 | Chavez, Emilio J. | 1 | INITIAL ASSIGNMENT |