IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DOE,

      Plaintiff,

v.   No. 1:23-cv-1052-SMD-SCY

QUESTA INDEPENDENT SCHOOL
DISTRICT, LORI PASSINO, JOHN
ROE 1, and JOHN ROE 2,

      Defendants.

## ORDER REMANDING TO STATE COURT

This matter is before the Court sua sponte. On January 16, 2026, the Court entered a Memorandum Opinion and Order dismissing Plaintiff John Doe's federal claims as time-barred. *See* Doc. 48. The Court allowed Doe 10 days after entry of the Opinion to move to amend the complaint to plausibly allege facts to allege tolling. *See id.* at 18. The Court stated that if Doe did not file a motion to amend, his state claims would be remanded. *See id.*

Ten days have passed since the Court filed the Opinion, and Doe has not moved to amend. There being no further federal claims, this cause may be remanded.

**IT IS ORDERED** that this matter is **REMANDED** to the Eighth Judicial District Court, County of Taos, State of New Mexico.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**